

**NUMBER 13-16-00333-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**PEDRO PEREZ HERNANDEZ,** **Appellant,**

**v.**

**UNITED STATES OF AMERICA,** **Appellee.**

---

**On appeal from a Federal Order**

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Pedro Perez Hernandez, attempts to appeal the United States Department of Justice decision of the Board of Immigration Appeals dated July 29, 2015 in file number A035 303 094 – Los Fresnos, TX. Upon receipt of the notice of appeal, the Clerk of this Court notified Hernandez that it did not appear that this Court has jurisdiction over the appeal, so that steps could be taken to correct the defect, if it could

be done.  *See* TEX. R. APP. P. 37.1, 42.3.  The Clerk further notified Hernandez that the appeal would be dismissed if the defect was not corrected after the expiration of ten days from receipt of the Court's notice.  Hernandez filed a response to this Court's notice stating he thought this Court could entertain his appeal of the decision of the Board of Immigration Appeals.

In terms of appellate jurisdiction, each court of appeals has "appellate jurisdiction of all civil cases within its district of which the district courts or county courts have jurisdiction when the amount in controversy or the judgment rendered exceeds $250, exclusive of interest and costs."  TEX. GOV'T CODE ANN. § 22.220 (West, Westlaw through 2015 R.S.).  In this case, the order subject to appeal originated from the United States Department of Justice rather than from a district or county court in our district.  We do not have jurisdiction to consider this appeal.  *See id.*; *see also Cuellar v. Livingston*, No. 03-13-00304-CV, 2013 WL 4516142, at *1 (Tex. App.—Austin Aug. 22, 2013, no pet.) (mem. op.); *Jeffrey v. City of Mission*, No. 13-10-00660-CV, 2011 WL 1219471, at *1 (Tex. App.—Corpus Christi Mar. 31, 2011, no pet.) (mem. op. per curiam).

The Court, having examined and fully considered the documents on file herein, is of the opinion that we lack jurisdiction over this appeal.  Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION.  *See* TEX. R. APP. P. 42.3(a).

PER CURIAM

Delivered and filed the
1st day of September, 2016.

2